IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

DANIEL LYNN WILLIAMS,

    Plaintiff,

                                        CASE NUMBER: 20-1171-JDT-cgc

v.

HILTON HALL, JR., ET AL.,

    Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on April 26, 2021, this case is DISMISSED with prejudice in its entirety, and judgment will be entered in accordance with the March 26, 2021, order dismissing the original complaint for failure to state a claim on which relief may be granted. Williams is assessed his first strike under § 1915(g). This "strike" shall take effect when judgment is entered.

    It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this by Williams would not be taken in good faith. Leave to appeal *in forma pauperis* is DENIED.


APPROVED:

                                                s/ James D. Todd
                                                James D. Todd
                                                United States District Judge


THOMAS M. GOULD
CLERK

BY: s/ Evelyn Cheairs
DEPUTY CLERK