61         FEDERAL RULES OF APPELLATE PROCEDURE         Form 7

**Form 7. Declaration of Inmate Filing**

U.S. District Court Western District TN
[insert name of court; for example,
United States District Court for the District of Minnesota]

111 South Highland Ave
Room 262
Jackson, TN 38301

A.B., Plaintiff
v.
C.D., Defendant

Case No. 1:20-CV-01171-JDT-cgc

I am an inmate confined in an institution. Today, May 26 [insert date], I am depositing the Appeal [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here  Daniel Williams

Signed on May 26th 2021 [insert date]

[*Note to inmate filers:* If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).]

(As added Apr. 28, 2016, eff. Dec. 1, 2016.)

Daniel Lynn Williams 467989
WCFA p.o.box 679
Whiteville TN 38075

I have (MacArthur Justice Center) Helping me
Roderick and Solange MacArthur Justice Center
501 H Street NE Suite 275
Washington DC 20002

RECEIVED BY

JUN 01 2021

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson