Daniel Lynn Williams 467089
WCFA 00504 674
Whiteville TN 38075

Legal-mail
RECEIVED BY

JUN 01 2021
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

RECEIVED
MAY 27 2021
BY WCFA

MEMPHIS TN 380
27 MAY 2021 PM 4 L

Legal-mail

Legal-mail

U.S. District Court
Western District of TN
Eastern Divisional office
111 South Highland Ave
Room 262
Jackson TN 38301

WCFA

Sent out
MAY 26-2001
Deadline !!