AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01171-STA-cgc

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Core Clerk

on *(date)* 9/16 .

☒ I served the subpoena by delivering a copy to the named person as follows: MATTHEW EVANS

on *(date)* 9/19/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $          for travel and $          for services, for a total of $          0.00

I declare under penalty of perjury that this information is true.

Date: 9/19/22

*Server's signature*

CBH Deputy
*Printed name and title*

NASHVILLE, TN
*Server's address*

Additional information regarding attempted service, etc.:

RECEIVED BY

SEP 2 3 2022

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

AO 88B (Rev 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| DANIEL LYNN WILLIAMS )<br>*Plaintiff* )<br>v. )<br>HILTON HALL, JR., ET AL. )<br>*Defendant* ) | Civil Action No. 1:20-cv-01171-STA-cgc |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CoreCivic,
5501 Virginia Way, suite 110, Brentwood, Tennessee 37027
*(Name of person to whom this subpoena is directed)*

☑ *Instruction.* **YOU ARE COMMANDED** to provide the last known place of employment and work address, last known home address, and telephone number of the female counselor who worked at HCCF and was assigned to the J Unit, B Dorm in the time-period between March 2020 and June 2020. CoreCivic should provide this information to the Court by October 3, 2022. Due to security and privacy concerns, information provided in compliance with the subpoena shall not be made available to Plaintiff but shall be filed by the Clerk ex parte and under seal.

Place: Info. should be provided to the U.S. Courthouse, Clerk's office, 111 S. Highland Ave., RM 262, Jackson, TN 38301 & marked EX PARTE & SEALED.

Date and Time:

☐ *Inspection of Premises.* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/02/2022

CLERK OF COURT

s/Blair Moore
*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DANIEL LYNN WILLIAMS | 1:20-cv-01171-STA-cgc |
| DEFENDANT | TYPE OF PROCESS |
| HILTON HALL, JR., ET AL. | 3rd party subpoena/Order-DE#s 1,18 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CoreCivic
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5501 Virginia Way, suite 110, Brentwood, Tennessee 37027

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US Courthouse, Clerk's office
111 S. Highland Ave., RM 262
Jackson, TN 38301
PLEASE mark info EX PARTE and SEALED

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A | |

RECEIVED 2022 SEP 14 PM 2:51 U.S. MARSHALS SERVICE (075) MIDDLE TENNESSEE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Provide to the Court the last known place of employment and work address, last known home address, and telephone number of the female counselor who worked at HCCF and was assigned to the J Unit, B Dorm in the time-period between March 2020 and June 2020. CoreCivic should provide this information to the Court by October 3, 2022. Due to security and privacy concerns, information provided in compliance with the subpoena shall not be made available to Plaintiff but shall be filed by the Clerk ex parte and under seal.

Signature of Attorney other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: mbm
DATE: 9/2/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 76
District to Serve No. 75
Signature of Authorized USMS Deputy or Clerk: [signature] KAM
Date: 9/14/22  9/12/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
MATTHEW EVANS

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/19/22   Time: 11:30 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) | |
|---|---|---|---|---|---|---|
| 65.00 | 11.88 | 8.00 | 84.88 | | $0.00 | 84.88 |

REMARKS: 09/14/22: FWD TO DUSM FOR SERVICE.

1 DEPUTY - 30 min - 9 miles 1 WAY & 30 min - 10 miles 1 WAY

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13