095-167-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DANIEL LYNN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01171-STA-cgc |
| | ) |
| HILTON HALL, JR., et al., | ) |
| | ) |
| Defendants | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Daniel Williams voluntarily dismisses all of his claims with prejudice against all Defendants in the above-referenced matter. This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

EXECUTED this the 30 day of Sept, 2022.

Daniel Williams
DANIEL LYNN WILLIAMS

**ACKNOWLEDGMENTS**

STATE OF Kentucky :
COUNTY OF Grayson :

RECEIVED BY
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson
OCT - 4 2022

PERSONALLY appeared before me a Notary Public, in and for the county and state above mentioned, the within named Daniel Lynn Williams., who is personally known to me, and who upon

WHEREFORE, to signify his agreement to the terms of this Release, Plaintiff has executed this Settlement Agreement and General Release on the date set forth below.

EXECUTED at 320 Shaw Station Rd Leitchfield, Ky 42754, this the 30 day of September, 2022.

_Daniel Williams_
DANIEL LYNN WILLIAMS

## ACKNOWLEDGMENTS

STATE OF Kentucky :
COUNTY OF Grayson :

PERSONALLY appeared before me a Notary Public, in and for the county and state above mentioned, the within named Daniel Lynn Williams., who is personally known to me, and who upon his oath, stated that he had read the foregoing Settlement Agreement and General Release and was executing it as his own free and voluntary act and deed, and then did in my presence proceed to execute the foregoing Settlement Agreement and Release.

WITNESS my hand and Notarial Seal at office in said county and state on this the 30 day of September, 2022.

_____
Notary Public

My Commission Expires: 7\31\2024

7