IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL LYNN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-cv-01171-STA-cgc |
| | ) | |
| HILTON HALL, JR., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER OF DISMISSAL

Before the Court is Plaintiff Daniel Lynn Williams' Notice of Voluntary Dismissal With Prejudice (ECF No. 24) filed October 4, 2022. Plaintiff gives notice of his intention to dismiss all of his claims against all Defendants named in his suit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court dismisses this action with prejudice. The Clerk of Court is directed to enter judgment.

**IT IS SO ORDERED**.

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE

        Date: October 5, 2022