# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**DANIEL LYNN WILLIAMS,**                           **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

vs.

**WARDEN HILTON HALL, JR., ET AL.,**      **CASE NO: 20-1171-STA-cgc**

    **Defendants.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal *with PREJUDICE* entered on October 5, 2022, this cause is hereby DISMISSED with prejudice.**

                                                                                       **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 10/5/2022**                      **THOMAS M. GOULD**
                                             **Clerk of Court**

                                                         **s/Maurice B. BRYSON**

                                                         **(By) Deputy Clerk**